**Order filed June 20, 2016**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00283-CR

_____

**JOEL RUBIO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 161st District Court**
**Ector County, Texas**
**Trial Court Cause No. B-44,736**

### O R D E R

This appeal has become stalled due to the failure of Joel Rodriguez, the court reporter for the 161st District Court, to prepare and file in this court the reporter's record. The reporter's record was originally due on February 8, 2016. Rodriguez has filed four requests for extensions, three of which were granted and one of which was granted in part. We granted Rodriguez's fourth request on May 13, 2016, and

we directed that the reporter's record be filed on or before June 8, 2016.  As of today, Rodriguez has not filed the reporter's record in this cause.

By this order, **Joel Rodriguez is ORDERED to file the reporter's record in this cause on or before 5:00 p.m. on June 27, 2016**.  If the reporter's record has not been filed by that time, Rodriguez may be required to appear in person before the Eleventh Court of Appeals to show cause why he should not be held in contempt of court for his failure to file the record as ordered herein.

PER CURIAM

June 20, 2016

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.